UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ARMANDO REYES CARBAJAL,

Petitioner,

v.                                                    CAUSE NO. 3:26-CV-1074-CCB-SJF

WARDEN,

Respondent.

## ORDER

Immigration detainee Armando Reyes Carbajal, by counsel, moves to voluntarily dismiss his habeas corpus petition. (ECF 11.) In the interest of justice, his motion will be granted.

For these reasons, the motion (ECF 11) is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2). The clerk is **DIRECTED** to close the case.

SO ORDERED on August 11, 2026.

_/s/ Cristal C. Brisco_
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT